## MICHIGAN CENTRAL R. CO. v. Forrest NOREM.
### No. 5556.

Circuit Court of Appeals, Sixth Circuit.
Feb. 3, 1930.

Hewitt & Brooker, of Bay City, Mich., for appellant.

Bresnahan & Groefsema, of Detroit, Mich., and Purcell & Picard, of Saginaw, Mich., for appellee.

PER CURIAM.

Dismissed pursuant to stipulation of counsel.

## Carl MORING, Appellant, v. UNITED STATES of America, Appellee
### No. 5585.

Circuit Court of Appeals, Fifth Circuit.
July 10, 1930.

Before WALKER, BRYAN, and FOSTER, Circuit Judges.

PER CURIAM.

The petition for rehearing [40 F.(2d) 267] in the above numbered and entitled cause is denied.

## Nettie K. MORRISON v. OTIS STEEL COMPANY and Union Trust Co.
### No. 5372.

Circuit Court of Appeals, Sixth Circuit.
Jan. 22, 1930.

Burch, Bacon & Denlinger, of Akron, Ohio, for appellant.

Tolles, Hogsett & Ginn, of Cleveland, Ohio, for appellees.

PER CURIAM.

Judgment of District Court affirmed.

## MOSQUITO GOLD MINES, Inc., v. W. A. ELLIS.
### No. 182.

Circuit Court of Appeals, Tenth Circuit.
Nov. 18, 1929.

John R. Smith, of Denver, Colo., for appellant.

Before LEWIS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed November 18, 1929, on motion of appellant.

## De Lancey NICOLL, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
### No. 204.

Circuit Court of Appeals, Second Circuit.
May 5, 1930.

Harry T. Lore, of Washington, D. C. (Harvey L. Rabbitt, of Washington, D. C., of counsel), for petitioner.

G. A. Youngquist, Asst. Atty. Gen., and Sewall Key and Andrew D. Sharpe, Sp. Assts. to Atty. Gen. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Joe. S. Franklin, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for respondent.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.

Decision affirmed.